IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No. | 5:25-CR- 249 (ECC) |
| | ) | | |
| v. | ) | **Indictment** | |
| | ) | | |
| FRANCISCO EMILIANO VASQUEZ HERNANDEZ, | ) | Violation: | 8 U.S.C. § 1326(a) [Illegal Re-Entry] |
| | ) | | |
| | ) | 1 Count | |
| | ) | | |
| Defendant. | ) | County of Offense: | Jefferson |

**THE GRAND JURY CHARGES:**

**COUNT 1**
**[Illegal Re-Entry]**

On or about June 6, 2025, in Jefferson County in the Northern District of New York, the defendant, **FRANCISCO EMILIANO VASQUEZ HERNANDEZ**, an alien, native and citizen of Guatemala, who had been removed from the United States, was thereafter found in the United States near Watertown, New York, without having obtained the express consent of the Attorney General, or her successor, the Secretary of the Department of Homeland Security, to reapply for admission, in violation of Title 8, United States Code, Section 1326(a).

Dated: June 12, 2025

A TRUE BILL,

███████████████████████

Grand Jury Foreperson

JOHN A. SARCONE III
United States Attorney

By: *[signature]*

Michael D. Gadarian
Assistant United States Attorney
Bar Roll No. 517198